FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 03 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00814-BNB

WILLIE RAY HUBBARD,

    Applicant,

v.

C. DANIELS, Warden of U.S.P. Florence, and
HARRELL WATTS, Administrator, National Inmate Appeals,

    Respondents.

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 3rd day of May, 2011.

                          BY THE COURT:

                          *s/Craig B. Shaffer*
                          Craig B. Shaffer
                          United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00814-BNB

Willie Ray Hubbard
Reg. No. 06318-043
USP Florence - High
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on May 3, 2011.

                                  GREGORY C. LANGHAM, CLERK

                                  By:_____
                                              Deputy Clerk