**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-00814-LTB-MJW

WILLIE RAY HUBBARD,

    Plaintiff,

v.

C. DANIELS, Warden of U.S.P. Florence, and
HARRELL WATTS, Administrator, National Inmate Appeals,

    Defendants.

___

**ORDER**
___

This case is before me on the recommendation of the Magistrate Judge issued and served on October 31, 2011 (Doc 27).  Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review.  Accordingly, it is

ORDERED that the recommendation is accepted and Plaintiff's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 is DENIED and this action is DISMISSED.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED:   November 16, 2011